Michael B. Kramer [MK 7071]
Peter T. Salzler [PS 2610]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street, 12th Floor
New York, New York 10155
(212) 319-0304
mkramer@mkramerlaw.com
psalzler@mkramerlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YOUNG MONEY ENTERTAINMENT, LLC,                Index No. 15 Civ. 614 (PGG)
and DWAYNE MICHAEL CARTER, JR.,

                            Plaintiffs,         **NOTICE OF VOLUNTARY**
                                                 **DISMISSAL PURSUANT TO**
      -against-             **F.R.C.P. 41(a)(1)(A)(i)**

CASH MONEY RECORDS, INC.,

                            Defendant.
-----------------------------------------------------------X

       Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs,

YOUNG MONEY ENTERTAINMENT, LLC and DWAYNE MICHAEL CARTER, JR., by

their attorneys Michael B. Kramer & Associates, hereby give notice that the above-captioned

action is voluntarily dismissed, without prejudice, against the Defendant CASH MONEY

RECORDS, INC.

Dated: New York, New York
April 6, 2015

                                        MICHAEL B. KRAMER & ASSOCIATES

                                        By:_____
                                        MICHAEL B. KRAMER (MK 7071)
                                        Attorneys for Plaintiffs
                                        150 East 58th Street
                                        New York, New York 10155
                                        212-319-0304
                                        mkramer@mkramerlaw.com

L:\Young Money with Cash Money\not voluntary dismissal.docx